No. 70–5240. MORALES v. DEEGAN, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 70–5241. KENNEDY v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 70–5243. GREEN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 70–5244. ARMSBURY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 70–5245. CASAS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 70–5247. PIPER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 70–5251. VIGIL v. HANRATTY ET AL. Sup. Ct. N. M. Certiorari denied.

No. 70–5253. CRACKENBERGER v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 70–5254. THURMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 70–5255. STUCKEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 70–5256. CHANDLER v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 70–5258. WILLIAMS v. HAYNES, WARDEN. Sup. Ct. App. W. Va. Certiorari denied.

No. 70–5259. REAM v. OHIO. Ct. App. Ohio, Hardin County. Certiorari denied.

No. 70–5260. HARPER v. CICCONE, MEDICAL CENTER DIRECTOR. C. A. 8th Cir. Certiorari denied.